UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-80248-DMM

Basix Inc.
a Florida corporation

    Plaintiff,

v.

Tile Inc
a Delaware corporation.,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

```
To: Tile, Inc.
    c/o  Attorney Patrick Premo
         801 California Street
         Mountain View, CA 94041
         ppremo@fenwick.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting
the day you received it) you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the
Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff or
plaintiff's attorney, Lee Levenson @ LEL.LEVENSON@GMAIL.COM – 830
North Federal Highway, Lake Worth, Florida 33460 – 561.523.2118

If you fail to respond, judgment by default will be entered
against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT
```



**SUMMONS**

Mar 1, 2017

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court